**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN LAMONTE HALEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH G. ORNELAS,<br><br>　　　　　Defendant. | ) NO. CV 16-3177-AG(E)<br>)<br>)<br>)<br>) ORDER ADOPTING FINDINGS,<br>)<br>) CONCLUSIONS AND RECOMMENDATIONS<br>)<br>) OF UNITED STATES MAGISTRATE JUDGE<br>)<br>) |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Plaintiff's claims against Defendant Ornelas are dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment of this date on Plaintiff and counsel for Defendant.

DATED: July 30, 2017.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE